**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No. 08-10375 (JMP) |
| DJK Residential LLC, et al., ) | Jointly Administered |
| ) | |
| Debtors. ) | |
| ) | |

**ORDER GRANTING AN EXTENSION OF TIME TO FILE THE SCHEDULES
AND STATEMENTS OF THE DEBTORS' FINANCIAL AFFAIRS**

Upon the motion (the "Motion")[1] of the above-captioned debtors (collectively, the "Debtors") for the entry of an order granting the Debtors an extension of time to file the Schedules and Statements and after consideration of the objections thereto and the Court's hearing thereon; it appearing that the relief requested is in the best interests of the Debtors' estates, their creditors, and other parties in interest; the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper before this court pursuant to 28 U.S.C. §§ 1408 and 1409; notice of the Motion having been adequate and appropriate under the circumstances; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED

1. The Motion is granted as provided herein.

2. The time within which the Debtors shall file their Schedules and Statements is extended to and including March 21, 2008.

3. The entry of this Order shall be without prejudice to the Debtors seeking further extensions of time within which to file the Schedules and Statements or to seek additional relief

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

from the Court regarding the filing of, or waiver of the requirement to file, the Schedules and Statements.

4. The requirement set forth in Local Bankruptcy Rule 9013-1(b) requiring, among other things, the Debtors to submit a memorandum of law setting forth the points and authorities relied upon in support of the relief granted herein is hereby waived.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Date: February 26, 2008  
      New York, New York

*s/ James M. Peck*  
United States Bankruptcy Judge