PACHULSKI STANG ZIEHL &
    JONES LLP
780 Third Avenue, 36th Floor
New York, NY  10017
Telephone: 212/561-7700
Facsimile:  212/561-7777
Laura Davis Jones (admitted pro hac vice)
Brad R. Godshall (admitted pro hac vice)
Robert J. Feinstein (RF-2836)
Ilan D. Scharf (IS 3469)

[Proposed] Counsel for Official Committee of Creditors

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| DJK Residential LLC, et al., | Case No. 08-10375 (JMP) |
| Debtors. | (Jointly Administered) |
| | Rescheduled Hearing Date:  April 18, 2008 at 10:00 a.m.<br>Preliminary Objection Deadline: March 18, 2008 4:00 p.m.<br>Supplementary Objection Deadline: April 11, 2008 4:00 p.m. |

**PRELIMINARY OBJECTION OF OFFICIAL COMMITTEE OF CREDITORS
HOLDING UNSECURED CLAIMS TO CONFIRMATION OF PLAN OF
REORGANIZATION**

The Official Committee of Creditors Holding Unsecured Claims (the "Committee") hereby files its preliminary objection to confirmation of the Debtors' proposed Plan of Reorganization herein.  The Committee reserves the right to and intends to file a substantive objection following the close of discovery herein pursuant to the April 11 supplemental deadline agreed to by the Debtors herein.

Dated: March 11, 2008         PACHULSKI STANG ZIEHL & JONES LLP

<u>s/ Ilan D. Scharf</u>
Laura Davis Jones (admitted <u>pro</u> <u>hac</u> <u>vice</u>)
Brad R. Godshall (admitted <u>pro</u> <u>hac</u> <u>vice</u>)
Robert J. Feinstein (RF-2836)
Ilan D. Scharf (IS 3469)
780 Third Avenue, 36th Floor
New York, NY 10017
Telephone: 212/561-7700
Facsimile: 212/561-7777

[Proposed] Counsel for Official Committee of Creditors