THE CULLEN LAW FIRM PLLC
Daniel E. Cohen (admitted pro hac vice)
1101 30th St NW, Ste. 300
Washington, DC 20007
Telephone: 202-944-8600
Facsimile: 202-944-8611

Francis P. Dicello (admitted pro hac vice)
P.O. Box 6238
Washington, D.C. 20015
Phone: 202-215-6417
Fax: 202-364-0680

Counsel for the OOIDA Class

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DIVISION OF NEW YORK**

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | Case No. 08-10375-10434(JMP) |
| **DJK Residential LLC, et al.,** | ) | Jointly Administered |
| | ) | |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

**NOTICE OF OBJECTIONS BY THE OOIDA CLASS TO**
**CONFIRMATION OF DEBTORS' PROPOSED PLAN OF REORGANIZATION**
**AND TO IMPROPER CLASSIFICATION OF CLAIM**

Notice is hereby given that Owner Operator Independent Drivers Association ("OOIDA"), as a court appointed representative of a class composed of truck owner-operators who have provided operational services to the Debtors (the "OOIDA Class"), holding a substantial liquidated and undisputed claim against the Debtors, objects to confirmation of the Debtors' proposed Plan of Reorganization on the grounds that the Plan discriminates unfairly and is not fair and equitable to Class 5 Creditors, including the OOIDA Class, and that the classification of the indebtedness due to the OOIDA Class under the Plan is improper. OOIDA reserves the right to supplement and/or expand upon

these objections, and/or add further objections to the Plan by April 11, 2008, or such other date(s) as may be ordered by the Court.

Respectfully submitted,

/s/ Daniel E. Cohen

Daniel E. Cohen (admitted pro hac vice)
The Cullen Law Firm PLLC
1101 30th St NW, Ste. 300
Washington, DC 20007
Telephone: 202-944-8600
Facsimile: 202-944-8611

Francis P. Dicello (admitted pro hac vice)
P.O. Box 6238
Washington, D.C. 20015
Phone: 202-215-6417
Fax: 202-364-0680

Counsel for the OOIDA Class

Dated: March 11, 2008